Ronnie  Manns
45433 W. Sandhill Road
MaricopaAZ 85139
(779) 207-2047

FILED ☒   ___ LODGED
___ RECEIVED   ___ COPY

NOV 0 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Ronnie  Manns,

    Plaintiff,

v.

Alejandro N. Mayorkas, Sec DHS/TSA,

    Defendant(s).

CASE NUMBER: | **CV23-02357-PHX-GMS**

**COMPLAINT**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCivP 5.4_____
(Rule Number/Section)

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 'a7'a7 621, et. seq., for employment discrimination on the basis of age (age 40 or older).

The plaintiff is a resident of Maricopa, Pinal County, AZ and a citizen of the United States. The defendant, Alejandro N. Mayorkas, Sec DHS/TSA, is a resident of Washington, DC and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Termination of my employment; Failure to promote me; Terms and conditions of employment differ from those of similar employees

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Race; Color; Age

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at: 410 N 44th Street, Phoenix, AZ 85008 on December 2019. Subjected to additional "completely unprecedented" actions that no one else had been or have been subjected to. Terminated based upon failure of satisfactory performance during trial period when being a former federal employee and having completed at least one year of continuous employment and going through a trial period meant that I was exempt from a TSA trial period. Typical hours for OJT is 60.5 hours but I endured 229.25 hours.

## Demand

Compensation from appointment date of October 11, 2019, time with TSA added to my military time, All funds for shift pay, holiday pay, promotions, bonuses and incentives from October 2019 to present and no less than 1.5 million dollars for punitive damages. **I am also seeking the following amount in monetary compensation: $1,500,000.00.** The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 07142020. I have received a Notice of Right to Sue Letter.

Date: Nov 6, 2023

Ronnie Manns
45433 W. Sandhill Road
Maricopa, AZ 85139
(779) 207-2047

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**Civil Action No.**

**RONNIE MANNS,**
   *Plaintiff,*

               **COMPLAINT**
             **JURY TRIAL DEMANDED**
             Discriminatory Termination
        Disparate Treatment Regarding Advancement
  Unequal terms and conditions of my Employment /Hostile Work Environment
**vs.**

**ALEJANDRO N. MAYORKAS,**
**Secretary of DHS,**
   *Defendant.*

# Addendum to Statement of Claim

## 1. Discriminatory Termination

1A. In and around December 2019 or January 2020, Plaintiff heard that someone fellow co-worker had placed a note on the breakroom refrigerator using the magnetic letters that stated they hated ("n*****s and Mexicans"), however management was advised by several employees who posted that offensive message on the refrigerator, but they refused to follow up or do anything except remove all magnetic letters from all breakrooms.

1B. Delta Terminal supervisor of exercised actions which exceeded her authority according to Regarding Terminal supervisor of Plaintiff's demotion, it was discovered that this action exceeded the authority of Operational Management by reducing my duties even though they had been certified, but management made the choice to take no actions for rectification.

1C. The actions of the Operational Screening Management demanding involvement from the TSA's training department for Plaintiff were again, "completely unprecedented" and something that the training department of TSA had always refused to get involved in, still they succumbed to the pressure and assigned a 11-year expert trainer. She observed Plaintiff through 30-minute rotation of x-ray, walk-thru metal detector (WTMD), advanced imaging technology (AIT) including pat down procedures and property search, but the report she submitted did not provide the Screening Operational Management the results expected so another was demanded except this time the criteria changed and plaintiff could not make any errors during any of the tasks, any error would result in a not proficient status which caused Expert trainer to conclude, bring to her boss' attention that "Any error resulting in a not proficient status is a higher standard than that which certified officers are held to. On an annual/biannual basis, certified officers are subjected to Practical Skills Observations (PSO) for purpose of recertification, each officer gets 5 observations per function and can make multiple errors as long as they do not repeat an error or have multiple errors within the same rating category.  I would confidently say that most, if not all, certified Officers would not achieve a status of proficiency if subjected to the same observation and observation standard that plaintiff was subjected to.  Plaintiff was the first to ever been subjected to this observation and reporting process and to her knowledge no one else has been subjected to the same since."

## 2. Disparate Treatment Regarding Advancement

2A. April 15, 2021 letter from the EEOC Deputy Director-Complaint Adjudication to EEOC Complaints Section Chief demanded a supplemental Investigation because of the 49 day gap in training  recordings from March 18, 2020, through May 6, 2020 and the 75 day gap from May 6, 2020, and July 19, 2020, as well as a better answers from official OJT Coach to interrogatories but no copies of these better answers were made available to plaintiff, if any were ever received by the Deputy Director.

2B. After a meeting between Union President and his deputy with management, the advice received was to quit because no one wishes to sign off that I was ready for the certification board.

s meeting with the DAFSDs, supposedly, in the capacity of representing Plaintiff, the union reps only advise was for Plaintiff to quit.

3. **Unequal terms and conditions of my Employment**

3A. Total hours of On-The-Job Training, according to the manual, was sixty point five (60.5) hours, I was forced to amass two hundred twenty-nine point two-five (229.25) hours without explanation of justification besides uncertified trainers did not want to sign off on my training.

3B. On January 9, 2020 I was awarded my first TSA Official coin which signified tangible honorary recognition for acts of exceptional service,

to obtain a supervisor's position within TSA. I received my second TSA Official coin in March of 2020 and still was not allowed to receive certification nor promotion.

3C. Graduated the TSA Academy on February 7, 2020, which to accomplish this you must demonstrate the tasks of a transportation agent and pass the required tests but this even combined with my nine plus years of law enforcement training was not enough.

8

2022000051

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0610)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests. Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

February 23, 2023
Date

**Case Caption:**   Ronnie Manns v. Alejandro N. Mayorkas

**To:**   Ronnie Manns                                    **Case Number:**   2023-CAB-001393

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

6:30 MST

Your case is scheduled for a(n) Remote Initial Scheduling Conference on 06/09/2023 at 9:30 AM in **Remote Courtroom 517**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb517

   Meeting ID: 129 911 6415

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

Superior Court of the District of Columbia
Civil Division – Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

US POSTAGE
First Class Mail
U.S. Postage Paid
Washington, D.C.
Permit No. 1726

Ronnie Manns
45433 W Sandhill Road
Maricopa AZ  85139

Regards,

Clerk's Office Intake

**U.S. District Court for the District of Columbia**

333 Constitution Avenue NW, Room 1225, Washington, DC 20001

**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov

**Website:** www.dcd.uscourts.gov

COVID-19 Clerk's Office Operations Information

COVID-19 Response – Information & Announcements

**From:** DCDml_FinanceOffice
**Sent:** Tuesday, June 20, 2023 8:54 AM
**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>; DCDml_FinanceOffice <DCDml_FinanceOffice@dcd.uscourts.gov>
**Subject:** FW: Payment of filing fee

Dr. Manns,

Thank you for your email. Pro se filers are not permitted to submit electronic payments. You may pay by mail or in person at the address below. If paying by mail, please send a check or money order. If paying in person, we also accept debit and credit cards.

Best regards,

Natalee McClure

Financial Specialist

**U.S. District & Bankruptcy Courts** for the District of Columbia

333 Constitution Avenue NW, Room 1225, Washington, DC 20001

**Phone:** (202) 354-3100 | **Email:** dcdml_FinanceOffice@dcd.uscourts.gov

Payment Activity | chase.com

# CHASE 🅾 *for* BUSINESS®

Printed from Chase for Business

| Send on<br>Jun 20, 2023 | Deliver by<br>Jun 27, 2023 | Status<br>Funded | Payee<br>Filing Fee ><br>Filing fee for Manns vs TSA | Amount<br>$402.00 |
|---|---|---|---|---|

The Bill Payment and Transfers Agreement applies.

Don't see your payment? Send us an Inquiry >

 **Gmail**

Ronnie Manns <mannslogistics@gmail.com>

---

## Completed Packet

3 messages

---

**Ronnie Manns** <mannslogistics@gmail.com>
To: DCD Intake <DCD_Intake@dcd.uscourts.gov>

Thu, Jun 29, 2023 at 3:34 PM

Please find the above referenced packet attached.

📄 **Completed Manns vs TSA-US District Court DC.pdf**
14636K

---

**DCD Intake** <DCD_Intake@dcd.uscourts.gov>
To: Ronnie Manns <mannslogistics@gmail.com>

Fri, Jul 14, 2023 at 11:59 AM

Hello,

Your case number is 23-cv-02029-DLF. The docket should be available within 24-48 business hours. You may stay abreast of case activity via www.pacer.gov.

*Rmanns 62*
*Mind Matters #02*

Regards,

**Clerk's Office Intake**

**U.S. District Court for the District of Columbia**

333 Constitution Avenue NW, Room 1225, **Washington, DC 20001**

**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov

**Website:** www.dcd.uscourts.gov

COVID-19 Clerk's Office Operations Information

COVID-19 Response – Information & Announcements

From: Ronnie Manns <mannslogistics@gmail.com>
Sent: Thursday, June 29, 2023 6:34 PM
To: DCD Intake <DCD_Intake@dcd.uscourts.gov>
Subject: Completed Packet

**CAUTION - EXTERNAL:**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/27/2023 at 1:25 AM and filed on 10/27/2023
**Case Name:**          MANNS v. MAYORKAS
**Case Number:**        1:23-cv-02029-DLF
**Filer:**

**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER.** The plaintiff filed the Amended Complaint in this action on July 24, 2023; proof of service was due on October 24, 2023. Fed. R. Civ. P. 4(m). On September 26, the plaintiff had not filed sufficient proof of service, and so the Court directed the plaintiff to Federal Rule of Civil Procedure 4(m) and ordered the plaintiff to file proof of service or to establish good cause for not doing so on or before October 24, 2023. The Court also explained that not following that order would result in dismissal of the case. As of today, the plaintiff has not followed the order. Accordingly, this case is DISMISSED without prejudice. The Clerk of Court is directed to mail a copy of this Minute Order to the plaintiff's address of record. The Clerk of Court shall close the case. So Ordered by Judge Dabney L. Friedrich on October 27, 2023. (lcdlf3)

**1:23-cv-02029-DLF Notice has been electronically mailed to:**

RONNIE MANNS    mannslogistics@gmail.com

**1:23-cv-02029-DLF Notice will be delivered by other means to::**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Action No.

**RONNIE MANNS,**
   *Plaintiff,*

                                                    **COMPLAINT**
                                          <u>**JURY TRIAL DEMANDED**</u>
                                                    Discrimination
                                                 Disparate Treatment
                                              Hostile Work Environment

**vs.**

**ALEJANDRO N. MAYORKAS,**
**Secretary of DHS,**
   *Defendant.*

### <u>CERTIFICATE OF SERVICE</u>

In accordance with Federal Rules of Civil Procedure 4(m), I HEREBY CETIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING Amended Complaint was served by registered or certified mail, postage paid, on the 6th Day of November 2023, upon:

The United States Attorney for the District of Arizona
40 N. Central Avenue #1800, Phoenix, AZ 85004

The United States Attorney for the District of Columbia
601 D Street, NW; Washington, DC 20579

The Attorney General of the United States, Washington, D.C
950 Pennsylvania Avenue NW; Washington, DC 20530

The Honorable Alejandro N. Mayorkas, Secretary of Homeland Security
2707 Martin Luther King Jr Ave SE; Washington, DC 20528-1008

                                                    Ronnie Manns, Pro Se